UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: <u>18-27545-CMG</u> |
| | Chapter: <u>7</u> |
| Raymond F. Purdon | Judge: <u>Christine M. Gravelle</u> |

## NOTICE OF PROPOSED ABANDONMENT

　　　　JOHN W. HARGRAVE, Trustee, in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk:
> Clerk, US Bankruptcy Court
> Clarkson S. Fisher U. S. Courthouse
> 402 East State Street
> Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable Christine M. Gravelle on January 15, 2019 at 10 a.m. at the United States Bankruptcy Court, Courtroom no. 3. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of no Objection.

Description and value of property:

| | Description of Real Property | Petition Value |
|---|---|---|
| 1 | 25 Fox Hill Drive, Little Silver, NJ  07739 | $875,000.00 |

Liens on property:

| | Description of Real Property | Creditors Info | Amount of Claim |
|---|---|---|---|
| 1 | Single-family home 25 Fox Hill Drive, Little Silver, NJ - 07739-0000Monmouth | 1st mort.- Specialized Loan Servicing | $903,978.82 |

Amount of Equity claimed as exempt:

| | Description of Real Property | Value of Claimed Exemption |
|---|---|---|
| 1 | Single-family home 25 Fox Hill Drive, Little Silver, NJ - 07739-0000Monmouth | $0.00 |

Objections must be served on, and requests for additional information directed to:

Name:　　　　　/s/ John W. Hargrave

Address:　　　　117 Clements Bridge Road, Barrington, NJ 08007

Telephone No.:　(856) 547-6500

United States Bankruptcy Court
District of New Jersey

In re:  
Raymond F. Purdon  
    Debtor

Case No. 18-27545-CMG  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2     Date Rcvd: Dec 11, 2018
                          Form ID: pdf905    Total Noticed: 28

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 13, 2018.
db             +Raymond F. Purdon,    39 Brown Place,    Red Bank, NJ 07701-2206
acc            +Sharer Petree Brotz & Snyder,    1103 Laurel Oak Road,    Suite 105B,    Voorhees, NJ 08043-4376
517734394      +Al Purdon,    99 Stamford Drive,    Jackson, NJ 08527-4479
517734397      +Angelina Purdon,    99 Stamford Drive,    Jackson, NJ 08527-4479
517734399      +Barclay Bank,    700 Pride Crossing,    Newark, DE 19713-6102
517734400       Cacique Mining Inc.,    c/o Katharina Bahnsen,    2637 East Atlantic Beach Blvd #28310,
                 Pompano Beach, FL 33062
517734402      +Caren Boscaino,    28 Carriage Gate,    Little Silver, NJ 07739-1575
517734403      +Coakley Orthodontist,    19 Church Street,    Little Silver, NJ 07739-1401
517734404      +D. Brad Hughes, Esq.,    Jimerson & Cobb, P.A.,    One Independent Drive Suite 1400,
                 Jacksonville, FL 32202-5011
517852170      +Gina Ravaschiere, Esq.,    Villani & DeLuca P.C.,    703 Richmond Avenue,
                 Point Pleasant Beach, NJ 08742-3041
517734405      +Grandview Capital, LLC,    39 Brown Place,    Red Bank, NJ 07701-2206
517734406      +Hayt Hayt & Landau,    2 Industrial Way W #8,    Eatontown, NJ 07724-2279
517734408      +J. Michael Lindell, Esq.,    12276 San Jose Boulevard,    Suite 126,
                 Jacksonville, FL 32223-8630
517734409      +JCP & L,    P.O. Box 3687,    Akron, OH 44309-3687
517734410      +Kara Celeste,    6302 Kilbourne Way,    Suffolk, VA 23435-3048
517734411      +Law Office of Peter Lucas,    725 Carol Ave,    Oakhurst, NJ 07755-2743
517734412      +Lisa Purdon,    25 Fox Hill Drive,    Little Silver, NJ 07739-1007
517734414       NJ Natural Gas,    1415 Wyckoff Road,    Wall, NJ 07719
517734415      +Paras Apy & Reiss,    2 Bridge Avenue, Suite 601,    Red Bank, NJ 07701-4606
517734416      +Pluese, Becker & Saltzman, LLC,    20000 Horizon Way,Suite 900,    Mount Laurel, NJ 08054-4318
517734417      +SLS,    8742 Lucent Boulevard,    Suite 300,    Highlands Ranch, CO 80129-2386
517734418     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:  State of New Jersey,    Division of Taxation,    P.O. Box 245,
                 Trenton, NJ 08695)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 12 2018 00:26:21      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 12 2018 00:26:17      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517734395       E-mail/Text: ally@ebn.phinsolutions.com Dec 12 2018 00:25:18      Ally Financial,
                 P O Box 380902,    Bloomington, MN 55438-0902
517734398      +E-mail/Text: jga@ansellgrimm.com Dec 12 2018 00:27:32      Ansell Grimm & Aaron,
                 1500 Lawrence Ave,    CN7807,    Ocean, NJ 07712-7629
517734401      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 12 2018 00:28:01      Capitol One,
                 4851 Cox Road,    Glen Allen, VA 23060-6293
517734407       E-mail/Text: cio.bncmail@irs.gov Dec 12 2018 00:25:30      Internal Revenue Service,
                 P.O. Box 7346,    Philadelphia, PA 19101-7346
                                                                                              TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517734396         Ally Financial
517734413      ##+Michael Lattuca,    2244 Calle Opalo,    San Clemente, CA 92673-5618
                                                                                   TOTALS: 1, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2018                                  Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin                Page 2 of 2             Date Rcvd: Dec 11, 2018
                              Form ID: pdf905            Total Noticed: 28
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 10, 2018 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee relating to
           Chevy Chase Funding LLC Mortgage Backed Ceritifcates Series 2006-2 dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Douglas S. Stanger    on behalf of Trustee John W. Hargrave doug.stanger@flastergreenberg.com,
           nj02@ecfcbis.com,jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,
           dss@trustesolutions.net
          John W. Hargrave    on behalf of Trustee John W. Hargrave trustee@hargravelaw.com,
           jwh@trustesolutions.net
          John W. Hargrave     trustee@hargravelaw.com,   jwh@trustesolutions.net
          Joseph Casello    on behalf of Debtor Raymond F. Purdon jcasello@cvclaw.net,
           jcasello627@gmail.com
          Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank National Association, as Trustee relating
           to Chevy Chase Funding LLC Mortgage Backed Ceritifcates Series 2006-2 rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```