Order Filed on December 17, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPCTY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

JOHN W. HARGRAVE (JH 9935)
John W. Hargrave & Associates
117 Clements Bridge Road
Barrington, NJ 08007
(856) 547-6500
*Attys for John W. Hargrave, Trustee*

In Re:

RAYMOND F. PURDON

Case No.: 18-27545-CMG

Adv. No:

Hearing Date:

Judge: Christine M. Gravelle

## CONSENT ORDER STIPULATING EXTENSION OF TIME FOR TRUSTEE TO OBJECT TO EXEMPTIONS AND DISCHARGE

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: December 17, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

(Page 2)
Debtor:           Raymond F. Purdon
Case No:          18-27545-CMG
Caption of Order: **CONSENT ORDER STIPULATING EXTENSION OF TIME FOR TRUSTEE TO OBJECT TO EXEMPTIONS AND DISCHARGE**

---

Debtor having filed a Petition for relief under Chapter 7 of the United States Bankruptcy Code seeking a discharge of his debts and his right to exempt certain property under 11 U.S.C. § 522; and

**IT APPEARING** that John W. Hargrave was appointed to serve as the Chapter 7 Trustee and 10/15/2018, was set for the 341(a) hearing with the time to object to exemptions to expire thirty (30) days thereafter and the time to object to debtor's discharge to expire on December 15, 2018; and

**IT FURTHER APPEARING** that debtor was unable to answer all of the Trustee's questions and/or supply all of the documents the Trustee requested, including production of tax returns; and

**IT FURTHER APPEARING** that the debtor may be unable to supply answers to the Trustee's questions and/or supply documents to the Trustee in a sufficient time to allow the Trustee to resolve the various issues before the expiration of the deadlines mentioned above; and

**IT FURTHER APPEARING** that all parties wish to avoid the cost and inconvenience of the Trustee filing an objection to exemptions or object to discharge simply to avoid the expiration of the above-referenced deadlines and the parties consent to this pleading having been expressed below, and good cause appearing.

**IT IS HEREBY ORDERED** that the Debtor hereby grants and extends to the Trustee an additional period within which he can exercise his right to file an objection to Debtor's exemptions under 11 U.S.C § 522 and to object to the Debtor's discharge under § 727, such deadline shall be extended to January 31st 2019.

I consent to the form and
entry of this Order.

_____
JOSEPH CASELLO, ESQUIRE
*Attorney for Debtor*

_____
JOHN W. HARGRAVE
*Chapter 7 Trustee*