UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Denise E. Carlon
KML Law Group PC
216 Haddon Avenue
Suite 206
Westmont, NJ 08108
(215)627-1322
dcarlon@kmllawgroup.com

In Re:

Raymond F. Purdon

**Order Filed on January 8, 2019**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

| | |
|---|---|
| Case No.: | 18-27545-CMG |
| Hearing Date: | 1/8/19 |
| Judge: | Christine M. Gravelle |
| Chapter: | 7 |

Recommended Local Form:    ☐ Followed    ☐ Modified

# ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

—

**DATED: January 8, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Upon the motion of _____ Denise E. Carlon on behalf of U.S. Bank, N.A. _____, under
Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as
hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume
and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to
pursue the movant's rights in the following:

☒  Real property more fully described as:

Land and premises commonly known as Lot 21, Block13, 25 Fox Hill Drive,
Little Silver, NJ 07739

It is further ORDERED that the movant, its successors or assignees, may proceed with its
rights and remedies under the terms of the subject mortgage and pursue its state court remedies
including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing
other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or
deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or
purchaser's assignee) may take any legal action for enforcement of its right to possession of the
property.

☐  Personal property more fully described as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in
this case as defendants in its action(s) irrespective of any conversion to any other chapter of the
Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who
entered an appearance on the motion.

*rev. 7/12/16*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-27545-CMG
Raymond F. Purdon                                                         Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin              Page 1 of 1          Date Rcvd: Jan 08, 2019
                            Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 10, 2019.
db              +Raymond F. Purdon,    39 Brown Place,    Red Bank, NJ 07701-2206

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                  TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2019                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 8, 2019 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee relating to
          Chevy Chase Funding LLC Mortgage Backed Ceritifcates Series 2006-2 dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          Douglas S. Stanger    on behalf of Trustee John W. Hargrave doug.stanger@flastergreenberg.com,
          nj02@ecfcbis.com,jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,
          dss@trustesolutions.net
          John W. Hargrave    on behalf of Trustee John W. Hargrave trustee@hargravelaw.com,
          jwh@trustesolutions.net
          John W. Hargrave    trustee@hargravelaw.com,   jwh@trustesolutions.net
          Joseph Casello    on behalf of Debtor Raymond F. Purdon jcasello@cvclaw.net,
          jcasello627@gmail.com
          Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank National Association, as Trustee relating
          to Chevy Chase Funding LLC Mortgage Backed Ceritifcates Series 2006-2 rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                            TOTAL: 7