Order Filed on January 31, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPCTY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

JOHN W. HARGRAVE (JH 9935)
John W. Hargrave & Associates
117 Clements Bridge Road
Barrington, NJ 08007
(856) 547-6500
*Attys for John W. Hargrave, Trustee*

In Re:

RAYMOND F. PURDON

Case No.: 18-27545-CMG

Adv. No:

Hearing Date:

Judge: Christine M. Gravelle

## CONSENT ORDER STIPULATING EXTENSION OF TIME FOR TRUSTEE TO OBJECT TO EXEMPTIONS AND DISCHARGE

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: January 31, 2019**

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

(Page 2)
Debtor:           Raymond F. Purdon
Case No:          18-27545-CMG
Caption of Order: CONSENT ORDER STIPULATING EXTENSION OF TIME FOR TRUSTEE TO OBJECT TO EXEMPTIONS AND DISCHARGE

---

Debtor having filed a Petition for relief under Chapter 7 of the United States Bankruptcy Code seeking a discharge of his debts and his right to exempt certain property under 11 U.S.C. § 522; and

IT APPEARING that John W. Hargrave was appointed to serve as the Chapter 7 Trustee and 10/15/2018, was set for the 341(a) hearing with the time to object to exemptions to expire thirty (30) days thereafter and the time to object to debtor's discharge to expire on January 31, 2019; and,

IT FURTHER APPEARING that debtor was unable to answer all of the Trustee's questions and/or supply all of the documents the Trustee requested, including production of tax returns; and

IT FURTHER APPEARING that the debtor may be unable to supply answers to the Trustee's questions and/or supply documents to the Trustee in a sufficient time to allow the Trustee to resolve the various issues before the expiration of the deadlines mentioned above; and

IT FURTHER APPEARING that all parties wish to avoid the cost and inconvenience of the Trustee filing an objection to exemptions or object to discharge simply to avoid the expiration of the above-referenced deadlines and the parties consent to this pleading having been expressed below, and good cause appearing.

IT IS HEREBY ORDERED that the Debtor hereby grants and extends to the Trustee an additional period within which he can exercise his right to file an objection to Debtor's exemptions under 11 U.S.C § 522 and to object to the Debtor's discharge under § 727, such deadline shall be extended to March 3, 2019.

I consent to the form and
entry of this Order.

_____
JOSEPH CASELLO, ESQUIRE
Attorney for Debtor

_____
JOHN W. HARGRAVE
Chapter 7 Trustee

United States Bankruptcy Court
District of New Jersey

In re:  
Raymond F. Purdon  
    Debtor

Case No. 18-27545-CMG  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jan 31, 2019  
                 Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2019.  
db          +Raymond F. Purdon,    28 Carriage Gate Drive,    Little Silver, NJ 07739-1575

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                       TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2019                                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 31, 2019 at the address(es) listed below:

           Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee relating to Chevy Chase Funding LLC Mortgage Backed Ceritifcates Series 2006-2 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
           Douglas S. Stanger    on behalf of Trustee John W. Hargrave doug.stanger@flastergreenberg.com, nj02@ecfcbis.com,jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com, dss@trustesolutions.net  
           John W. Hargrave    on behalf of Trustee John W. Hargrave trustee@hargravelaw.com, jwh@trustesolutions.net  
           John W. Hargrave    trustee@hargravelaw.com,    jwh@trustesolutions.net  
           Joseph Casello    on behalf of Debtor Raymond F. Purdon jcasello@cvclaw.net, jcasello627@gmail.com  
           Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank National Association, as Trustee relating to Chevy Chase Funding LLC Mortgage Backed Ceritifcates Series 2006-2 rsolarz@kmllawgroup.com  
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                  TOTAL: 7